**EXHIBIT A**

EXHIBIT A

Law Offices

# Blatt, Hasenmiller, Leibsker & Moore LLC

125 South Wacker Dr. * Suite 400 * Chicago, Illinois 60606-4440
Phone 312/704-9440 * Outside Chicago 800/357-9609
Fax 312/704-9430

05-27-10

KATE KENNEALLY- MC LENAGHAN
70 MADISON ST STE 4700
CHICAGO IL 60602

| | |
|---|---|
| REFERENCE #: | 2522520 |
| CREDITOR: | DEPARTMENT STORES NATIONAL BANK |
| ORIGINAL CREDITOR: | |
| ACCOUNT #: | 43788897481 |
| ACCOUNT TYPE: | MACY'S EAST #3 |
| AMOUNT DUE: | $1836.97 |
| DEBTOR: | KATE KENNEALLY- MC LENAGHAN |

Please be advised that this firm represents the above named creditor. We have provided above the original creditor name if applicable. Your account has been referred to this office for collection. As of this date, you owe the Amount Due shown above. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which case we will inform you before depositing the check for collection. For further information, write this office or call us at 866-269-9861.

Demand is hereby made upon you for payment of the Amount Due. If you cannot make remittance of the total Amount Due, but wish to make partial payment and discuss payment terms, call this office with your proposal. You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec. 1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address or the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT

BLD8A(08/01)EE0

| | | | | |
|---|---|---|---|---|
| Illinois | Indiana | Michigan | Arizona | Pennsylvania |

**EXHIBIT B**

June 2, 2010

**<u>SENT VIA CERTIFIED – REGISTERED MAIL ON JUNE 2, 2010</u>**

Blatt, Hasenmiller, Leibsker & Moore, LLC
125 South Wacker
Suite 400
Chicago, IL 60606-4440

To Whom It May Concern:

This letter is being sent to you in response to a letter I received on May 28, 2010. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

What the money you say I owe is for;
Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;
Identify the original creditor;
Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

Violation of the Fair Credit Reporting Act
Violation of the Fair Debt Collection Practices Act
Defamation of Character
If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my place of employment. **If your offices attempt telephone or letter communication with me, other then the to the address and number I have listed below..including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment** and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

Kathleen Kenneally McLenaghan
Post Office Box 14210
Chicago, IL 60614
773-485-2173

**EXHIBIT C**

EXHIBIT C

Law Offices
# Blatt, Hasenmiller, Leibsker & Moore LLC
P.O. Box 5463 * Chicago, Illinois 60680-5463
Toll Free 866/269-9864 * Fax 312/462-5409

07-16-10

KATE KENNEALLY- MC LENAGHAN
70 MADISON ST STE 4700
CHICAGO IL 60602

**REFERENCE #:** 2522520
**ACCOUNT #:** 43788897481
**CREDITOR:** DEPARTMENT STORES NATIONAL BANK
**DEBTOR:** KATE KENNEALLY- MC LENAGHAN

Pursuant to your request for verification information we are hereby replying with the following verification of debt:

Original Creditor Information:

Date of Last Purchase or Service:

Merchant Name (if different than original creditor):

Date of Last Payment: 7-15-09

Balance Due: $1836.97

Additional Information:
This account was charged off on 9-13-09.

Please review carefully and advise us without delay if you dispute this debt or have any further questions. It is our intention to resume with collection activity if we do not hear from you within the next 10 days with either a proposal for voluntary payment or detailed information regarding any possible dispute.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

BLV4A (11/01) SRJ

Illinois          Indiana          Michigan          Arizona          Pennsylvania

**EXHIBIT D**

EXHIBIT D

August 4, 2010

Blatt, Hasenmiller, Leibsker & Moore LLC

PO Box 5463

Chicago, IL 60680-5463

**SENT VIA CERTIFIED MAIL ON August 4, 2010**

To Whom It May Concern:

I am writing in response to your letter, dated July 16, 2010 copy enclosed.

On June 2, 2010 I sent you a CERTIFIED letter explaining that I do not believe I owe what you say I owe and, in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, Section 809(b): Validating Debts:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

I must remind you that in my previous letter I requested the following information:

- (1) the amount of the debt;
- (2) the name of the creditor to whom the debt is owed;
- (3) Provide a verification or copy of debt
- (4) Proof that you are licensed to collect debts in Illinois

I also requested that if you have reported me to any credit reporting agency, that you inform them that I have placed this debt in dispute and to provide me with proof that you have done so. Furthermore, I asked that you immediately send a copy of that dispute letter to the company (creditor) that you say I owe money so they are also aware of my dispute with this debt.

As of today, you have failed to respond to my requests adequately. You do not have the name of the specific creditor named, the merchant named, the dates of service or a verification you are licensed to collect.

**Since you have failed to respond I assume that you have been unable to validate the debt and therefore, I consider this matter closed. You may consider this letter your official notification that I do not intend to correspond with you on this matter again**

unless you comply with my requests in writing to my address listed below, the FDCPA and the FCRA.

I must remind you that any attempt to collect this debt without validating it, violates the FDCPA and that I am keeping all correspondence concerning this matter. Be advised that I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the national Better Business Bureau.

*Kathleen Kenneally*

Post Office Box 14210

Chicago, IL 60614

**EXHIBIT E**

2522520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

DEPARTMENT STORES NATIONAL BANK
            Plaintiff

    vs.

KATE KENNEALLY- MC LENAGHAN


       Defendant(s)

Case No.:    **10M1 181084**

Amount Claimed: $1836.97 + costs

Return Date:    10-12-10

### COMPLAINT

1. The Plaintiff DEPARTMENT STORES NATIONAL BANK, claims as follows:

2. The Defendant(s) KATE KENNEALLY- MC LENAGHAN
   is/are a resident of COOK County, Illinois.

3. The Defendant(s) opened an account agreeing to make monthly payments as required by the terms of the Charge
   Agreement, for purchases charged to the account.

4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments
   called for on the account. There is a balance due and owing $1836.97.
   (See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE,** the Plaintiff, DEPARTMENT STORES NATIONAL BANK, prays for judgment against the
Defendant(s), KATE KENNEALLY- MC LENAGHAN
in the amount of $1836.97 plus costs.

Blatt, Hasenmiller, Leibsker & Moore LLC - 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BLCNNBP (02/2003)



Ex #1     2522520

| | | |
|---|---|---|
| Department Stores National Bank, Plaintiff | ) | Case No.:     10M1  181084 |
| | ) | |
| vs. | ) | AFFIDAVIT OF ACCOUNT |
| | ) | |
| KATE KENNEALLY MC LENAGHAN , | ) | |
| Defendant | ) | |

STATE OF OHIO          )
                       ) ss.
COUNTY OF WARREN       )

_Terri Jones_ , being duly sworn, deposes and states:

1.     I am of sound mind, lawful age, and capable of making this Affidavit. The statements set forth in this affidavit are true and correct based on personal knowledge and review of the business records described herein. I am authorized to make this affidavit on behalf of Department Stores National Bank (DSNB), a national bank with its principal place of business in Sioux Falls, South Dakota. DSNB issues and owns certain credit card accounts with the label of _Macy's_ .

2.     I am the _Compliance Rep._ for FDS Bank, which services DSNB accounts. I am familiar with the DSNB account records kept and maintained in the ordinary course of business, including information concerning the DSNB account issued to Defendant that is the subject of this lawsuit (43788897481). DSNB's records reflect extensions of credit were made to or on behalf of Defendant in connection with Defendant's Account.

3.     The Account billing records, which were made, recorded and kept in the course of regularly conducted business, reflect debits, credits and the balance of the Account and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.



4.    Defendant has been provided with periodic billing statements (other than months in which no statement may have been required under applicable law) describing the transaction detail for the Account and the amount due on the Account. Charges were made on the Account, however, the Defendant failed to make timely payments on the Account and the entire Account balance is now due and owing.

5.    The balance owed to DSNB on Defendant's Account is $1836.97. DSNB's available records do not reflect any set-offs, credits, or allowances due or to become due to the Defendant.

_Terri Jones_
Authorized Agent

SWORN TO AND SUBCRIBED before me this _16_ day of _June_ , 20_10_.

_Jan. 3, 2013_
My Commission Expires:

_Timothy Yockey_
Notary Public

NOTARIAL SEAL
STATE OF OHIO

TIMOTHY I YOCKEY
Notary Public
In and for the State of Ohio
My Commission Expires Jan. 03, 2013

2

**EXHIBIT F**

EXHIBIT F



### RE: 10 M1 181084 Dept Stores Nat Bank v Kate Kennealy-Mclenaghan

Monday, October 25, 2010 12:17 PM

**From:** "Iryna Martyniv" <imartyniv@bhlmlaw.com>
**To:** "Mario Kasalo" <mkriskasalo@yahoo.com>

Mario,

I will continue the case tomorrow and will email you a copy of the stamped order.

Regards,

Iryna Martyniv | Associate Attorney
Blatt, Hasenmiller, Leibsker & Moore, LLC
Phone: (312) 462-5425

---

**From:** Mario Kasalo [mailto:mkriskasalo@yahoo.com]
**Sent:** Monday, October 25, 2010 12:16 PM
**To:** Iryna Martyniv
**Subject:** 10 M1 181084 Dept Stores Nat Bank v Kate Kennealy-Mclenaghan

Irina:

This email memorializes our agreement in a telephone conversation today to continue the next hearing for the case referenced above pending your client's decision on whether to accept my client's offer to settle this matter for $1000.00 in certified funds. The next hearing is set tomorrow, 10/16/20.

Sincerely,

Mario Kris Kasalo

The Law Office of M. Kris Kasalo
"A Consumer Protection Law Firm"
111 East Wacker Drive, #555
Chicago, Il 60601
tele 773-847-2600
fax 773-847-0330

---

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

Confidential/Privileged E-mail Communication
This message is intended only for use by the individual to whom it is addressed and may contain confidential information exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the agent responsible for delivering the message, you are hereby notified that any distribution or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone or return the original message to the sender.