**EXHIBIT G**

Law Offices

# Blatt, Hasenmiller, Leibsker & Moore LLC

P.O. Box 5463 * Chicago, Illinois 60680-5463
Toll Free 866/269-9864 * Fax 312/704-9430

10-25-10

KATE KENNEALLY- MC LENAGHAN
70 MADISON ST STE 4700
CHICAGO IL 60602

| | |
|---|---|
| **Reference #:** | 2522520 |
| **Creditor:** | DEPARTMENT STORES NATIONAL BANK |
| **Account #:** | XXXXXXX7481 |
| **Debtor:** | KATE KENNEALLY- MC LENAGHAN |

In accordance with the Fair Debt Collection Practices Act: subsection 808(2) / 15USC 1692f(2):

Please be advised that the postdated check we are holding will be deposited on or after the dates shown below.

If this is not in accordance with your previous authorization or if there is any other reason why you do not want the check described below deposited, please contact the Collections Department immediately at (866) 269-9861.

Date of Check: 10-30-10
Amount of Check: 881.00
Check Number: 100

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

BLR4P(7/03)

| Illinois | Indiana | Michigan | Arizona | Pennsylvania |
|---|---|---|---|---|

**EXHIBIT H**

EXHIBIT H



October 26, 2010

**SENT VIA CERTIFIED LETTER**

RE: Your letter dated October 25, 2010

**Reference account #: 2522520**

Dear Blatt, Hasenmiller, Leibsker & Moore, LLC

Please note, that per the email dated October 25, 2010 between my attorney, Mr. Kasalo and your attorney, Iryna Martyniv on October 25, 2010, this case has been continued and a settlement is trying to be worked out. This is formal notice that no funds are permitted or allowed to be withdrawn from my account on 10-30-10 or any other date until this case is settled and agreed upon in writing between both parties.

Furthermore, all correspondence is to be sent to my address at:

Post Office Box 14210, Chicago, IL 60614

My contact phone number is 773-485-2173

Please adjust your records accordingly.

Sincerely,

Kate McLenaghan

CC: Iryna Martyniv

CC: Otis Robinson

# EXHIBIT I

EXHIBIT I

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7196 9006 1290 1305 3484**
Expected Delivery Date: **October 28, 2010**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 8:29 am on October 28, 2010 in CHICAGO, IL 60606.

Detailed Results:

• **Delivered, October 28, 2010, 8:29 am, CHICAGO, IL 60606**
• **Arrival at Unit, October 27, 2010, 11:44 am, CHICAGO, IL 60606**
• **Acceptance (APC), October 26, 2010, 5:14 pm, CHICAGO, IL 60604**

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

**Return Receipt (Electronic)**

Verify who signed for your item by email.  ( **Go >** )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

```
                  LOOP STATION
                  211 S. CLARK
               CHICAGO, IL 60604-9998

10/26/2010
                                05:13:29 PM


              Sales Receipt
Product         Sale    Unit
Description     Qty     Price    Final
                                 Price

CHICAGO, IL 60606
Zone-1 First-Class Mail®
Letter                           $.44
0 lb. 0.50 oz.
* Expected delivery Thursday, October
28.
Certified Mail™
Nonmachinable 1st Class          $2.80
Label #:                         $.20
7196 9006 1290 1305 3477

  Issue Postage:                 =======
                                 $3.44

CHICAGO, IL 60606
Zone-1 First-Class Mail®
Letter                           $.44
0 lb. 0.50 oz.
* Expected delivery Thursday, October
28.
Certified Mail™
Nonmachinable 1st Class          $2.80
Label #:                         $.20
7196 9006 1290 1305 3484

  Issue Postage:                 =======
                                 $3.44

CHICAGO, IL 60606
Zone-1 First-Class Mail®
Letter                           $.44
0 lb. 0.50 oz.
* Expected delivery Thursday, October
28.
Certified Mail™
Nonmachinable 1st Class          $2.80
Label #:                         $.20
7196 9006 1290 1305 3491

  Issue Postage:                 =======
                                 $3.44

Total:
                                 =======
                                 $10.32

Paid by:
VISA
  Account #:                     $10.32
  Approval #:       XXXXXXXXXXXXX6158
  Transaction #:    040802
  23-901950105-99   307

APC Transaction #:
USPS® #                          92
                                 181562-9552

To check on the delivery status of
your Certified Mail™ article, visit
our Track & Confirm website at
www.usps.com or use this Automated
Postal Center™ (or any Automated
Postal Center™ at other Postal
locations).

            Thanks.
  It's a pleas...
```

**EXHIBIT J**

EXHIBIT J

# Free Checking Account Statement

PNC Bank

**⊜ PNC BANK**

| | |
|---|---|
| | Primary account number: ^ |
| | Page 1 of 2 |
| **For the period** 10/06/2010 to 11/03/2010 | Number of enclosures: 0 |

KATHLEEN MCLENAGHAN
70 W MADISON
SUITE 4700
CHICAGO IL 60602

🖳 For 24-hour banking, and transaction or
interest rate information, sign-on to
🏧 PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
🖳 Visit us at pnc.com
☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Free Checking Account Summary

Kathleen McLenaghan

Account number:
Overdraft Protection Provided By: Contact PNC to establish Overdraft Protection

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5.84 | 1,962.00 | 2,014.61 | 46.77- |
| | | Average monthly balance | Charges and fees |
| | | 4.04 | 61.00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 1 | 0 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 4 | 4 | 0 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | 61.00 | 61.00 |

## Activity Detail

### Deposits and Other Additions

There were 4 Deposits and Other Additions totaling $1,962.00.

| Date | Amount | Description |
|---|---|---|
| 10/13 | 100.00 | ATM Deposit 100 W Randolph Chicago Il |
| 10/29 | 100.00 | ATM Deposit 100 W Randolph Chicago Il |
| 11/02 | 881.00 | Reverse ACH Debit |
| | | EFFECTIVE 11-01-10 |
| 11/03 | 881.00 | Reverse ACH Debit |
| | | EFFECTIVE 11-02-10 |

# Free Checking Account Statement

| | |
|---|---|
| For 24-hour information,sign on to PNC Bank Online Banking on pnc.com | For the period   10/06/2010   to   11/03/2010<br>KATHLEEN MCLENAGHAN<br>Primary account number: |
| Account Number:         - continued | Page 2 of 2 |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 9002 | 89.00 | 10/29 | 096465309 |

There is 1 check listed totaling $89.00.

## Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 10/13 | 80.00 | ATM Withdrawal 100 W  Randolph St Chicago Il |
| 10/14 | 20.00 | ATM Withdrawal 100 W  Randolph St Chicago Il |
| 10/15 | 2.61 | 7153 Check Card Purchase Starbucks USA 00002386 |

There were 2 Banking Machine withdrawals totaling $100.00.

There was 1 other Banking Machine/Check Card deductions totaling $2.61.

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 11/01 | 881.00 | Direct Payment - Ck By Phn Bhlm Llc 2522520 |
| 11/02 | 881.00 | Direct Payment - Ck By Phn Bhlm Llc 2522520 |

There were 2 Online or Electronic Banking Deductions totaling $1,762.00.

## Other Deductions

| Date | Amount | Description |
|---|---|---|
| 11/02 | 25.00 | Returned Item Fee (nsf) |
| 11/03 | 36.00 | Returned Item Fee (nsf) |

There were 2 Other Deductions totaling $61.00.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/06 | 5.84 | 10/14 | 5.84 | 10/29 | 14.23 | 11/02 | 891.77- |
| 10/13 | 25.84 | 10/15 | 3.23 | 11/01 | 866.77- | 11/03 | 46.77- |

# EXHIBIT K

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | | |
|---|---|---|---|
| 1. | Sleeplessness | (YES) | NO |
| 2. | Fear of answering the telephone | (YES) | NO |
| 3. | Nervousness | (YES) | NO |
| 4. | Fear of answering the door | (YES) | NO |
| 5. | Embarrassment when speaking with family or friends | (YES) | NO |
| 6. | Depressions (sad, anxious, or "empty" moods) | (YES) | NO |
| 7. | Chest pains | YES | (NO) |
| 8. | Feelings of hopelessness, pessimism | (YES) | NO |
| 9. | Feelings of guilt, worthlessness, helplessness | (YES) | NO |
| 10. | Appetite and/or weight loss or overeating and weight gain | YES | (NO) |
| 11. | Thoughts of death, suicide or suicide attempts | YES | (NO) |
| 12. | Restlessness or irritability | (YES) | NO |
| 13. | Headache, nausea, chronic pain or fatigue | (YES) | (NO) |
| 14. | Negative impact on my job | (YES) | NO |
| 15. | Negative impact on my relationships | YES | (NO) |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities _____

_____

_____

_____

_____

_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: _11-11-10_

_____
Signed Name

_____
Printed Name